UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> v. <br><br> Eduardo Panameno, <br><br> Defendant. | No. CR 99-1274(A)-RSWL <br><br> **ORDER GRANTING IN PART AND DENYING IN PART PETITIONER'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)** |

On April 14, 2008, Petitioner filed a Motion for Reduction of Sentence Based on 18 U.S.C. § 3582(c). The Government filed its Response on May 9, 2008. The Court hereby takes the matter under submission **AND RULES AS FOLLOWS:**

When combined, 18 U.S.C. § 3582(c) and U.S.S.G. 1B1.10(c) grants this Court authority to reduce Petitioner's sentence. The Sentencing Commission generally reduced, by two levels, the offense levels applicable to crack cocaine offenses.

On March 6 2002, Petitioner pled guilty to Counts 2, 3 and 17 of the First Superceding Indictment filed in this case. Petitioner was sentenced to 210 months, which reflected the low end of the then existing Sentencing Guidelines.

In ruling on the instant matter, the Court considered the original sentencing recommendation, the 18 U.S.C. § 3553(a) factors, as well as the Government's support of a reduction in Petitioner's sentence to 151 months.

Based on the above considerations, the Court determines that it is appropriate to reduce Petitioner's sentence to 151 months.[1]

**IT IS SO ORDERED.**

/ S /
_____
**HON. RONALD S.W. LEW**
Senior U.S. District Court Judge

DATE: June 23, 2008

---

[1] The Court declines to further reduce Petitioner's sentence as requested because Petitioner fails to adequately justify the additional reduction and his calculations of his criminal history and offense level are inaccurate.