United States District Court
Central District of California
***AMENDED JUDGMENT (original sentence date 03/03/2003)***

| | |
|---|---|
| UNITED STATES OF AMERICA vs. | Docket No. CR 99-1274(A)-RSWL |
| Defendant  EDUARDO NAPOLEON PANAMENO | Social Security No. 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 |
| AKA's: EDUARDO PANAMENO-QUINTEROS; EDUARDO NAPOLION QUINTEROS; "JUNIOR" "JR." moniker | |
| Residence  Metropolitan Detention Center  535 N. Alameda Street  Los Angeles, CA 90012 | MAILING ADDRESS: 514 N. KENMORE AVE, APT 3  LOS ANGELES, CA 90004 |

### JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person, on this date: 06/23/2008.

Month/Day/Year

COUNSEL:    XX   WITH COUNSEL PAUL HORGAN, appointed
                                        (Name of Counsel)

PLEA:       XX   GUILTY, and the Court being satisfied that there is a factual basis for the plea.
            ___  NOLO CONTENDERE     ___  NOT GUILTY

FINDING:    There being a finding/verdict of __ GUILTY, defendant has been convicted as charged of the offense(s) of:

18 USC 1962(d): Racketeer Influenced and Corrupt Organizations (RICO) Conspiracy (Count 2) Class A Felony; 21 USC 846, 841(a)(1); 18 USC 2: Conspiracy to Distribute Cocaine and Cocaine Base; Aiding and Abetting (Count 3) Class A Felony; and 18 USC 1956(h): Conspiracy to Commit Money Laundering (Count 17) Class C Felony

**JUDGMENT AND PROBATION/COMMITMENT ORDER:**
The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted:

It is ordered that the defendant shall pay to the United States a special assessment of $300, which is due immediately.

Pursuant to Section 5E1.2(e) of the Guidelines, all fines are waived as it is found that the defendant does not have the ability to pay a fine.

PURSUANT TO THE SENTENCING REFORM ACT OF 1984, it is the judgment of the Court that the defendant, Eduardo Napolean Panameno, is hereby committed on Counts 2, 3, and 17 of the First Superseding Indictment to the custody of the Bureau of Prisons to be imprisoned for a term of **151 months** as to each of Counts 2, 3, and 17 of the First Superseding Indictment, to be served concurrently.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of five years. This term consists of five years on CountS 2 and 3; and three years on Count 17, all terms to run concurrently under the following terms and conditions:

1. The defendant shall comply with the rules and regulations of the Probation Office and General Order 318;

2. The defendant shall participate in outpatient substance abuse treatment and submit to drug and alcohol testing, as instructed by the Probation Officer. The defendant shall abstain from using illicit drugs, using alcohol, and abusing prescription medications during the period of supervision;

3. During the period of community supervision, the defendant shall pay the special assessment in accordance with this judgment's orders pertaining to such payment;

United States District Court
Central District of California
***AMENDED JUDGMENT (original sentence date 03/03/2003)***

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA vs. | | Docket No. | CR 99-1274(A)-RSWL |
| Defendant | EDUARDO NAPOLEON PANAMENO | Social Security No. | 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 |
| AKA's: | EDUARDO PANAMENO-QUINTEROS; EDUARDO NAPOLION QUINTEROS; "JUNIOR" "JR." moniker | | |
| Residence | Metropolitan Detention Center 535 N. Alameda Street Los Angeles, CA 90012 | MAILING ADDRESS: | 514 N. KENMORE AVE, APT 3 LOS ANGELES, CA 90004 |

### JUDGMENT AND PROBATION/COMMITMENT ORDER

**CONTINUED FROM PAGE ONE**

4. The defendant shall comply with the rules and regulations of the Immigration and Naturalization Service (INS), and if deported from this country, either voluntarily or involuntarily, not reenter the United States illegally. The defendant is not required to report to the Probation Office while residing outside of the United States; however, within 72 hours of release from any custody or any reentry to the United States during the period of Court-ordered supervision, the defendant shall report for instructions to the U. S. Probation Office, located at United States Court House, 312 North Spring Street, Room 600, Los Angeles, California, 90012.

5. The defendant shall not obtain or possess any driver's license, Social Security number, birth certificate, passport or any other form of identification in any name, other than the defendant's true legal name, without the prior written approval of the Probation Officer; further, the defendant shall not use, for any purpose or in any manner, any name other than his true legal name.

6. The defendant shall not be present in any known gathering area of the CLCS Gang, Mexican Mafia or any other gang, as directed by the Probation Officer;

7. The defendant shall not associate with any member of the CLCS Gang, Mexican Mafia, nor any other gang member, as directed by the Probation Officer;

8. The defendant shall not wear, display, use, or possess any insignia, emblem, button, badge, cap, hat, scarf, bandana or personal article or article of clothing which evidences membership in, or association with, the CLCS Gang, Mexican Mafia, nor any other gang, as directed by the Probation Officer;

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. the Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

Signed by: U.S. District Judge _____/s/ Ronald S.W. Lew_____
RONALD S.W. LEW

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Sherri R. Carter, Clerk

Dated: June 23, 2008                          By   Paul Songco
       Month / Day / Year                          Deputy Clerk